IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01866-WYD-BNB

MICHAEL MILLIGAN,

Plaintiff,

v.

JAMES THYE, in his individual capacity,
ROBERT CHAPMAN, in his individual capacity,
JEFF ESPINOZA, in his individual capacity,
KEN TOPLISS, in his individual capacity, and
JUANITA NOVAK, in her individual capacity,

Defendants.
_____

**ORDER**
_____

Upon review of the **Chapter 7 Trustee's Status Report** [Doc. # 183, filed 4/4/06]:

IT IS ORDERED that the Trustee shall submit a supplemental status report on **April 17, 2006**, and monthly thereafter addressing the status of the case in the Bankruptcy Court, and in addition shall file a status report within 10 days of any ruling by the Bankruptcy Court on the motion to approve compromise and settlement.

Dated April 4, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge