IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01866-WYD-BNB

MICHAEL MILLIGAN,

Plaintiff,

v.

JAMES THYE, in his individual capacity,
ROBERT CHAPMAN, in his individual capacity,
JEFF ESPINOZA, in his individual capacity,
KEN TOPLISS, in his individual capacity, and
JUANITA NOVAK, in her individual capacity,

Defendants.
_____

**ORDER**
_____

Upon review of the **Chapter 7 Trustee's Status Report** [Doc. # 189, filed 10/11/2006]:

IT IS ORDERED that on or before **October 25, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated October 11, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge