IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-D-1866 (BNB)

MICHAEL MILLIGAN,

    Plaintiff(s),

v.

JAMES THYE, in his individual capacity;
ROBERT CHAPMAN, in his individual capacity;
JEFF ESPINOZA, in his individual capacity;
KEN TOPLISS, in his individual capacity; and
JUANITA NOVAK, in her individual capacity,

    Defendant(s).

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER is before the Court on the Joint Stipulated Motion to Dismiss With Prejudice, filed by the parties on November 7, 2006 (docket #193).  The motion states that the parties have reached a full and final settlement in this case.  Upon consideration of the motion and file in this matter, I find that the motion should be **GRANTED**.  Therefore, it is hereby

ORDERED that the claims and causes of action in this case are **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorneys' fees.

Dated:  November 9, 2006

                                                  BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                U. S. District Judge